UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS BODOVINAC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC.; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01846-JAD-EJY<br><br>**ORDER** |

Before the Court is the Proposed Joint Discovery Plan and Scheduling Order, Special Scheduling Review Requested (ECF No. 8). The Proposed Plan and Order seeks a year-long discovery period supported by the statements that this extraordinary initial discovery period is needed because the parties are attempting to resolve this case and COVID-19 presents challenges for discovery. The lack of more detailed information results in an insufficient basis to allow the Court to consider the extraordinary discovery period requested. When the parties submit a revised Proposed Plan and Order, the Court directs that they correct the typographical error that appears on page 2, line 22, setting the initial disclosure due date for October 27, 2021.

Accordingly, IT IS HEREBY ORDERED that the Proposed Joint Discovery Plan and Scheduling Order, Special Scheduling Review Requested (ECF No. 8) is DENIED. The parties shall file a revised plan providing more information supporting the need for an initial discovery period of 365 days within fourteen (14) days of the date of this Order.

Dated this 21st day of October, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE